| | |
|---|---|
| PHILIP R. SELLINGER<br>United States Attorney | KRISTEN CLARKE<br>Assistant Attorney General<br>Civil Rights Division |
| MICHAEL E. CAMPION<br>Chief<br>SUSAN MILLENKY<br>Assistant U.S. Attorney<br>Civil Rights Division<br>U.S. Attorney's Office<br>970 Broad Street<br>Newark, NJ 07102<br>(973) 645-2700 | CARRIE PAGNUCCO<br>Chief<br>JENNIFER A. SLAGLE PECK<br>Deputy Chief<br>MARTA CAMPOS<br>NATHAN SHULOCK<br>Trial Attorneys<br>Housing and Civil Enforcement Section<br>950 Pennsylvania Ave. NW – 4CON<br>Washington, DC 20530<br>(202) 514-4713 |

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          *Plaintiff*,<br><br>     v.<br><br>OCEANFIRST BANK, NATIONAL ASSOCIATION,<br><br>          *Defendant*. | Civil Action No. 3:24-cv-09248 |

**NOTICE OF JOINT MOTION FOR ENTRY OF CONSENT ORDER**

Please take notice that plaintiff the United States of America and defendant OceanFirst Bank, National Association (collectively, "the Parties") hereby jointly and respectfully request that this Court enter the attached agreed consent order as an order of the Court. *See* Attachment 1. In support of this motion, the Parties submit the accompanying memorandum of law. *See* Attachment 2.

Dated this 18th day of September, 2024

Respectfully submitted,

FOR PLAINTIFF UNITED STATES OF AMERICA:

| | |
|---|---|
| PHILIP R. SELLINGER<br>United States Attorney | KRISTEN CLARKE<br>Assistant Attorney General<br>Civil Rights Division |
| *s/ Susan Millenky*<br>MICHAEL E. CAMPION<br>Chief<br>SUSAN MILLENKY<br>Assistant U.S. Attorney<br>Civil Rights Division<br>U.S. Attorney's Office<br>970 Broad Street<br>Newark, NJ 07102<br>Phone: (973) 645-2700<br>Fax: (973) 297-2010<br>Email:<br>susan.millenky@usdoj.gov | *s/ Nathan Shulock*<br>CARRIE PAGNUCCO<br>Chief<br>JENNIFER A. SLAGLE PECK<br>Deputy Chief<br>MARTA CAMPOS<br>NATHAN SHULOCK<br>Trial Attorneys<br>Housing & Civil Enforcement Section<br>950 Pennsylvania Ave. NW – 4CON<br>Washington, DC 20530<br>Phone: (202) 514-4713<br>Fax: (202) 514-1116<br>E-mails:<br>marta.campos@usdoj.gov<br>nathan.shulock@usdoj.gov |

FOR DEFENDANT OCEANFIRST BANK, NATIONAL ASSOCIATION:

*Andrea Mitchell*
_____
ANDREA K. MITCHELL
Managing Partner
CHRISTOPHER T. NAPIER
Partner
Mitchell Sandler PLLC
1120 20th St., NW
Suite 725
Washington, DC 20036
Phone: (202) 886-5260
Emails:
amitchell@mitchellsandler.com
cnapier@mitchellsandler.com