

Christopher Napier
Partner
cnapier@mitchellsandler.com

May 22, 2025

**VIA ECF FILING**
Honorable Justin T. Quinn
United States District Court
District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street, Room 2020
Trenton, NJ 08608

    Re:    United States of America v. OceanFirst Bank, National Association
              USDC – District of New Jersey, Case No. 3:24-cv-09248-RK-JTQ

Dear Judge Quinn,

    Pursuant to Rule 101.1(c) of the Local Rules for the U.S. District Court for the District of New Jersey, I respectfully move for an Order allowing attorney Andrea Mithcell to appear *pro hac vice* in this Court as counsel for Defendant OceanFirst Bank, National Association ("Defendant") in the above-captioned action.

    Andrea Mitchell and the law firm of Mitchell Sandler PLLC, 2020 K Street NW, Suite 760, Washington, D.C. 20006, have been retained to represent Defendant. Andrea Mitchell is not a resident of New Jersey or a member of the New Jersey Bar. Andrea Mitchell is not a member of the bar of this Court, but she is a duly licensed attorney who resides in the State of Virginia and regularly practices law in the District of Columbia and Maryland.

    Andrea Mitchell certifies that no disciplinary proceedings are pending against her in any jurisdiction and no discipline has previously been imposed on her in any jurisdiction.

    Andrea Mitchell desires to actively participate as counsel on Defendant's behalf in the conduct of all trials, pre-trial, and post-trial proceedings in this matter.

    I, Christopher Napier, of the law firm Mitchell Sandler PLLC, noticed my appearance on September 18, 2024, in this matter and will accept service of all notices, orders, and pleadings in this matter.

    Upon granting of this request to appear *pro hac vice*, Andrea Mitchell will make a payment of $250.00 for this admission payable to the Clerk of the United States District Court for the District of New Jersey.

**MITCHELL SANDLER PLLC**
2020 K Street, NW
Suite 760
Washington, DC 20006
T. 202.886.5260

info@mitchellsandler.com

[May 22, 2025]
Page 2

      Pursuant to New Jersey State Court Rule 1:28-2(a), Andrea Mitchell will make a payment to the New Jersey Lawyers' Fund for Client Protection once this application is granted.

      Andrea Mitchell has read and reviewed the Local Rules of this Court and is familiar with, will comply with, and be governed by the Rules of Professional Conduct and the other ethical requirements governing the professional behavior of members of the New Jersey Bar.

      I have contacted counsel for Plaintiff, United States of America on this date and received their consent to this request.

      Thank you for your consideration of this request.

Sincerely,

*/s/ Christopher Napier*

Christopher Napier
Partner
Mitchell Sandler PLLC