## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| *Plaintiff,* | Civil Action No. 3:24-cv-09248-RK-JTQ |
| vs. | **AFFIDAVIT OF ANDREA MITCHELL IN SUPPORT OF APPLICATION FOR ADMISSION PRO HAC VICE** |
| **OCEANFIRST BANK, NATIONAL ASSOCATION,** | |
| *Defendant.* | |

I, Andrea Mitchell, hereby apply for permission to appear and participate in the above-captioned action on behalf of Defendant, OceanFirst Bank, National Association ("OceanFirst") and state as follows:

1. I am an attorney at the law firm of Mitchell Sandler PLLC. My telephone number is (202) 886-5260. My email address is amitchell@mitchellsandler.com.

2. OceanFirst has requested that I represent their interests in this matter, and I have been retained by them.

3. I am admitted to practice in, and am a member in good standing of, the bars of the State of Maryland and in the District of Columbia. Please see the attached Certificates of Good Standing.

4. There are no disciplinary proceedings pending against me as a member of the bar of any jurisdiction where I am admitted to practice. There are no criminal charges pending against me.

5. I am familiar with the Local Rules of the United States District Court for the District of New Jersey and am familiar with, will comply with, and be governed by the Rules of Professional Conduct and the other ethical requirements governing the professional behavior of members of the New Jersey Bar.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 29th day of May, 2025 in __Washington, DC__.

District of Columbia
Signed and Sworn to (or affirmed) before me on 5/29/25 (Date)
by Andrea Mitchell
(Name(s) of Individual(s) Making Statement)
Signature of Notarial Officer:
Title of Office: Chief of Staff
My Commission Expires: 5/31/2025.

*Andrea Mitchell*
Andrea Mitchell

CHRISTINE HYEWEON KIM
NOTARY PUBLIC
My Comm. Exp.
May 31, 2025
DISTRICT OF COLUMBIA

# Supreme Court of Maryland

**Annapolis, MD**



## *CERTIFICATE OF GOOD STANDING*

STATE OF MARYLAND, ss:

I, Gregory Hilton, Clerk of the Supreme Court of Maryland, do hereby certify that on the eighteenth day of December, 2002,

### *Andrea Kay Mitchell*

having first taken and subscribed the oath prescribed by the Constitution and Laws of this State, was admitted as an attorney of said Court, is now in good standing, and as such is entitled to practice law in any of the Courts of said State, subject to the Rules of Court. This certificate of good standing is valid through the twenty-seventh day of July, 2025.



**In Testimony Whereof,** I have hereunto set my hand as Clerk, and affixed the Seal of the Supreme Court of Maryland, this twenty-eighth day of May, 2025.

*Gregory Hilton*

—————————————————
Clerk of the Supreme Court of Maryland



*On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals,
the District of Columbia Bar does hereby certify that*

# *Andrea K Mitchell*

*was duly qualified and admitted on April 4, 2005 as an attorney and counselor entitled to
practice before this Court; and is, on the date indicated below, an Active member in good
standing of this Bar.*

**In Testimony Whereof,
I have hereunto subscribed my
name and affixed the seal of this
Court at the City of
Washington, D.C., on May 28, 2025.**

*JULIO A. CASTILLO*
*Clerk of the Court*

Issued By:

*David Chu - Director, Membership*
*District of Columbia Bar Membership*

*For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email
memberservices@dcbar.org.*