# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>　　　　　　　　　　*Plaintiff,*<br><br>vs.<br><br>**OCEANFIRST BANK,**<br>**NATIONAL ASSOCATION,**<br><br>　　　　　　　　　　*Defendant.* | Civil Action No. 3:24-cv-09248-RK-JTQ<br><br>~~PROPOSED~~ ORDER |

　　　　This matter having been brought before the Court by way of letter motion by Christopher Napier of Mitchell Sandler PLLC ("Movant"), attorney for Defendant OceanFirst Bank N.A., for *pro hac vice* admission of Andrea Mitchell pursuant to L. Civ. R. 101.1; and the Court having considered the moving papers, and for good cause shown,

　　　　IT IS ON THIS __2nd__ day of __June_____, 2025,

　　　　ORDERED that Andrea Mitchell ("Counsel") is hereby admitted *pro hac vice* on behalf of Defendant OceanFirst N.A., in the above matter pursuant to L. Civ. R. 101.1(c);

　　　　IT IS FURTHER ORDERED that Counsel shall abide by all rules of this Court, including all disciplinary rules, and shall notify the Court immediately of any matter affecting Counsel's standing at the bar of any court;

　　　　IT IS FURTHER ORDERED that Counsel is deemed to consent to the appointment of the Clerk of the Court as the agent upon who service of process may be made for all actions against Counsel that may arise from Counsel's participation in this matter;

　　　　IT IS FURTHER ORDERED that Movant shall (a) be the attorney of record in this case in accordance with L. Civ. R. 101.1(c); (b) be served all papers in this action and such service shall be deemed sufficient service upon Counsel; (c) sign (or arrange for a member of the firm admitted

to practice in New Jersey to sign) all pleadings, briefs and other papers submitted to this Court; (d) appear at all proceedings; and (e) be responsible for the conduct of the case and Counsel in this matter;

IT IS FURTHER ORDERED that Counsel shall make payments to the New Jersey Lawyers' Fund for Client Protection, pursuant to N.J. Court Rule 1:28-2, for each year in which Counsel represents Defendant in this matter;

IT IS FURTHER ORDERED that Counsel shall pay $250.00 to the Clerk of the United States District Court for the District of New Jersey for admission *pro hac vice* in accordance with L. Civ. R. 101.1(c)(3); and

IT IS FURTHER ORDERED that all terms of the Orders entered in this case, including all deadlines set forth herein, shall remain in full force and effect and no delay in discovery, motions, trial, or any other proceeding shall occur because of the participation of Counsel or their inability to be in attendance at proceedings.

_____
Honorable Justin T. Quinn

--terminates ECF No. 16