AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of New Jersey

| | | |
|---|---|---|
| United States of America | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 3:24-cv-09248-RK |
| OceanFirst Bank, National Association | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

United States of America .

Date: 12/10/2025

/s/ Jennifer Slagle Peck
*Attorney's signature*

Jennifer Slagle Peck, DC Bar 990596
*Printed name and bar number*

U.S. Department of Justice, Civil Rigths Division
Housing & Civil Enforcement Section
150 M Street, NE
Washington, DC 20002
*Address*

jennifer.slagle.peck@usdoj.gov
*E-mail address*

(202) 532-3895
*Telephone number*

(202) 514-1116
*FAX number*