UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　*Plaintiff,*<br><br>　　v.<br><br>OCEANFIRST BANK, NATIONAL ASSOCIATION,<br><br>　　　　　　*Defendant.* | Civil Action No. 3:24-cv-09248-RK |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

The undersigned hereby moves pursuant to Local Civ. R. 102.1 to withdraw as counsel in this matter. The United States will continue to be represented by other counsel who have appeared in this matter.

Dated: December 10, 2025

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　/s/ Marta Campos
　　　　　　　　　　　　　　　　　　　　MARTA CAMPOS
　　　　　　　　　　　　　　　　　　　　(DC Bar No. 440680)
　　　　　　　　　　　　　　　　　　　　Trial Attorney
　　　　　　　　　　　　　　　　　　　　Housing & Civil Enforcement Section
　　　　　　　　　　　　　　　　　　　　Civil Rights Division
　　　　　　　　　　　　　　　　　　　　U.S. Department of Justice
　　　　　　　　　　　　　　　　　　　　150 M Street, NE
　　　　　　　　　　　　　　　　　　　　Washington, DC 20530
　　　　　　　　　　　　　　　　　　　　Phone: (202) 598-0459
　　　　　　　　　　　　　　　　　　　　Fax: (202) 514-1116
　　　　　　　　　　　　　　　　　　　　marta.campos@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on December 10, 2025, I electronically filed the foregoing via CM/ECF, causing a copy to be sent to all counsel of record.

*/s/ Marta Campos*
Counsel for United States
